**STATE of Missouri, Respondent,**

v.

**Shalana L. JACKSON, Appellant.**

**No. WD 42051.**

Missouri Court of Appeals,
Western District.

Jan. 30, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied
May 15, 1990.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury conviction for voluntary manslaughter, in violation of § 565.023, RSMo 1986, and armed criminal action, in violation of § 571.015.1, RSMo 1986.

The judgment is affirmed. Rule 30.25(b).